IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES MARSHALL                  :    CIVIL ACTION
                                :
    v.                          :
                                :
MICHAEL HARLOW, et al.          :    NO. 12-946

ORDER

AND NOW, this 17th day of September, 2012, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter and the objections to the Report and Recommendation submitted by the petitioner, IT IS HEREBY ORDERED that:

    1.   The Report and Recommendation is ADOPTED and APPROVED;

    2.   The petitioner's objections are OVERRULED;

    3.   Petitioner's petition for a writ of habeas corpus is DENIED;

    4.   Petitioner's motion to expand the record (Docket #6) is DENIED; and

    5.   There is no probable cause to issue a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.